Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

OSCAR BAEZ, JR.,                       **JUDGMENT IN A CIVIL CASE**
                                                          CASE NUMBER: 25-CV-6439

    v.

                          Plaintiff,

MILLARD FILLMORE
SUBURBAN HOSPITAL, et al.,

                          Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court shall administratively terminate this action.

Date: September 5, 2025                                   MARY C. LOEWENGUTH
                                                                  CLERK OF COURT

                                                                  By: s/Rosemarie M. Eby-Collom
                                                                      Deputy Clerk